STATE OF NEW JERSEY IN THE INTEREST OF E. L.

Argued June 5, 1973—Decided June 7, 1973.

*Mr. Mellville D. Miller, Jr.,* Administrator, Middlesex County Legal Services, argued the cause for appellant.

*Mr. W. Richard Vertch,* Assistant Prosecutor argued the cause for respondent (*Mr. John S. Kuhlthau,* Middlesex County Prosecutor, attorney).

PER CURIAM. A petition for certification having been submitted to this Court, and the Court having considered the same,

It is hereupon Ordered that the petition for certification is granted (63 *N. J.* 424) and it is Ordered that the evidence being insufficient to warrant a conviction, the judgments of the Appellate Division and of the trial court are reversed with direction to the trial court to dismiss proceedings against juvenile.

*For reversal*—Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, HALL, MOUNTAIN, SULLIVAN and GARVEN—7.

*Opposed*—None.